

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00489-CV

| | | |
|---|---|---|
| Bell Helicopter Textron, Inc. | § | From the 153rd District Court |
| | § | of Tarrant County (153-276130-14) |
| v. | § | June 14, 2018 |
| | § | Opinion by Justice Bleil |
| Brian Burnett | § | Dissent by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Bell Helicopter Textron, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Charles Bleil_____
        Justice Charles Bleil